BEFORE THE FIRST DIVISION, NOVEMBER 3, 1938

No. 39751.—Protest 929610–G of M. Pressner & Co. (New York).

Opinion by McCLELLAND, P. J. It was found that the sample does not simulate to any degree any known variety of flower. *Veit* v. *United States* (11 Ct. Cust. Appls. 81, T. D. 38732) and *Shallus* v. *United States* (13 id. 87, T. D. 40937) cited. As the articles are in chief value of shell the claim at 35 percent under paragraph 1538 was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 3, 1938

No. 39752.—Protest 441593–G of Calvaire, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 36548 knit wool outerwear was held dutiable under paragraph 1114 as claimed, and Alençon lace similar to that involved in *United States* v. *Caesar* (18 C. C. P. A. 106, T. D. 44067) was held dutiable as embroidered at 75 percent under paragraph 1430.

BEFORE THE THIRD DIVISION, NOVEMBER 3, 1938

No. 39753.—Protest 823201–G of Tidewater Grain Co. (New York).

Opinion by CLINE, J. It appeared that the pulp is not capable of being marked and was packed in bags. A paper tag bearing the words "Made in England" was fastened to a string which closed the mouth of each bag but there was no marking on any part of the bags. On the authority of *United States* v. *Monteverde* (26 C. C. P. A. 112, C. A. D. 2) the protest was overruled.

No. 39754.—Protest 926842–G of S. Imprescia (Boston).

Opinion by CLINE, J. The merchandise was marked "Producto Español." On the authority of G. A. 8643 (T. D. 39620) holding a marking in the Spanish language not legal the protest was overruled.